

## COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

ORDER

Appellate case name:     Michael Francis Palma v. Houston Independent School District, for itself and on behalf of Harris County Educational District

Appellate case number:   01-07-00898-CV

Trial court case number:  0614382

Trial court:             61st District Court of Harris County

On September 10, 2012, appellant, Michael Francis Palma, filed a "Motion to Have the Record Completed and Reset Statutory Times." In his motion, appellant argues that the court reporter did not include transcripts of hearings held on January 12 and February 2, 2007, that the district clerk omitted documents from the clerk's record, and that the court reporter omitted some of the exhibits. Appellant requests that "the record be completed" and that "the times for appellants [sic] brief be reset with the extension of time based on the actual complete record."

On September 11, 2012, the court reporter filed an information sheet stating that the complete reporter's record has been filed and that no reporter's record exists for hearings on January 12 or February 2, 2007.

If either the clerk's record or reporter's record is incomplete[1], appellant may direct the trial court clerk or the court reporter, as appropriate, to prepare, certify, and file a supplemental record containing the omitted items. *See* TEX. R. APP. P. 34.5(c)(1), 34.6(d).

Further, appellant filed his brief on October 10, 2012.

Accordingly, appellant's motion is DISMISSED as moot.

Judge's signature: /s/ Jim Sharp, Jr.
                   Acting individually

Date: October 18, 2012

---

[1]     The clerk's record on file with the Court appears to contain all documents required by Rule 34.5(a) and the reporter's record contains an exhibit volume including all exhibits offered and admitted at trial. *See* TEX. R. APP. P. 34.5(a).